444 F.2d 234
 Evoila Wilson POUND, on behalf of her son David Lee Pound et al., Plaintiffs-Appellants,
v.
Charles HOLLADAY, as Superintendent of Education of the Tupelo Municipal Separate School District et al., Defendants-Appellees.
 No. 71-1434 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 June 22, 1971.
 
 Appeal from the United States District Court for the Northern District of Mississippi; Orma R. Smith, District Judge, 322 F.Supp. 1000.
 James A. Lewis, John C. Brittain, Jr., Oxford, Miss., for plaintiffs-appellants.
 W. P. Mitchell, Mitchell, Rogers & Eskridge, Tupelo, Miss., for defendants-appellees.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966